UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBORAH LAUFER, Individually

    Plaintiff(s),            Case No. 1:20-cv-00484-LJV

v.

GALLOPING FALLS CORP.

    Defendant.

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant(s).

Dated: September 30, 2020

                                                   /s/ Jonathan E. Staehr
                                                   Jonathan E. Staehr, Esq.
                                                   Of Counsel to Thomas B. Bacon, P.A.
                                                   336 Harris Hill Road, Ste. 18
                                                   Williamsville, NY 14221
                                                   Phone No. 716.631.7250
                                                   Fax No.: 716.929.3333
                                                   jstaehr@roadrunner.com